Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

TAMITHA DENEICE HOLLOWAY

CASE NO: 09-70466-HDH-13
HEARING DATE: 11/18/2009
HEARING TIME:  11:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 11/18/2009 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN FIVE (5) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 11/18/2009 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:   9/21/2009

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   9/21/2009

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

```
AAROW FINANCIAL SERVICES 5996 W TOUHY AVE  NILES IL 60714
AFNI, INC 404 BROCK DR PO BOX 3427 BLOOMINGTON IL 61702
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
CITI PO BOX 6241  SIOUX FALLS SD 57117
CREDIT MANAGEMENT 4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
DAVID S KOHM & ASSOCIATES 1414 W RANDOL MILL RD STE 118 ARLINGTON TX 76012
GENESIS FINANCIAL SOLUTIONS PO BOX 4865  BEAVERTON OR 97076
HILCO RECEIVABLES 5 REVERE DR STE 510  NORTHBROOK IL 60062
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
MIDLAND CREDIT MANAGEMENT 8875 AERO DRIVE SUITE 200  SAN DIEGO CA 92123
MIDLAND CREDIT MANAGEMENT DEPT 12421 PO BOX 603 OAKS PA 19456
MIKE SIPES STATE FARM 431 CLIFF DR  GRAHAM TX 76450
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
NATIONAL CREDIT SOLUTIONS PO BOX 15779  OKLAHOMA CITY OK 73155
NCO FIN-09 507 PRUDENTIAL RD  HORSHAM PA 19044
NCO MEDCLR 507 PRUDENTIAL RD  HORSHAM PA 19044
PALISADES COLLECTION ATTENTION BANKRUPTCY DEPARTMENT PO BOX 100018 KENNESAW GA 30156
PORTFOLIO RECOVERY AND AFFILIATES 120 CORPORATE BLVD STE 100  NORFOLK VA 23502
PORTFOLIO RECOVERY ASSOCIATES PO BOX 41067  NORFOLK VA 23541
TAMITHA DENEICE HOLLOWAY 4515 MAPLEWOOD AVE APT #144  WICHITA FALLS TX 76308
TEXAS WORKFORCE COMMISSION 101 E 15TH RM 370  AUSTIN TX 78778
TOWNE CROSSING 1601 TOWNE CROSSING BLVD  MANSFIELD TX 76063
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
VERIZON WIRELESS PO BOX 3397  BLOOMINGTON IL 61702
WELLS FARGO CARD SER PO BOX 5058  PORTLAND OR 97208
WELLS FARGO PO BOX 60510  LOS ANGELES CA 90060
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
ZENITH ACQUISITION 220 JOHN GLENN DR #1  AMHERST NY 14228
```