THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TAMITHA DENEICE HOLLOWAY, | § | CASE NO. 09-70466 |
| | § | |
| | § | |
| DEBTOR. | § | |

**MOTION FOR REHEARING AND TO SET ASIDE CONFIRMATION ORDER**

COMES NOW Wells Fargo Bank, N.A., Wells Fargo Auto Finance (hereinafter called "Movant"), who files the above referenced motion to allow its Objection to stand as filed and to set aside the Confirmation Order until its Objection can be heard.

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

1. Movant would show that it timely filed an Objection to Confirmation on or about October 16, 2009.

2. After filing the Objection, Movant monitored the docket to determine when the Confirmation hearing in this matter was set, but failed to notice that the Confirmation hearing had been set and noticed prior to the time of filing its Objection.

3. Movant is prepared and ready to go forward with its Objection and prove that it is well-founded. The value set on the vehicle is a value below that of even a wholesale value for the vehicle.

Movant prays that the Court allow the Objection to be heard and to set aside the Confirmation Order until such time as this Objection can be resolved and for any and all further relief as it may be entitled.

Respectfully submitted,

GLAST PHILLIPS & MURRAY
A Professional Corporation

/s/  Sidney H. Scheinberg
Sidney H. Scheinberg
Texas State Bar No. 17736620
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, Texas 75240-6657
Telephone:  (972) 419-7177
Facsimile:   (972) 419-8329

ATTORNEYS FOR CREDITOR
Wells Fargo Bank, N.A., Wells Fargo Auto Finance

## CERTIFICATE OF CONFERENCE

On November 24, 2009, I conferred with Walter O'Cheskey, Trustee, and he advised that I file the foregoing Motion. I attempted to confer via telephone with Monte J. White, attorney for the Debtor, but was unable to determine if he is unopposed or opposed to the relief sought herein. Therefore, it is presented to the Court for determination.

/s/ Sidney H. Scheinberg
Sidney H. Scheinberg

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2009, I served via electronic case filing or first class U.S. mail, a true and correct copy of the foregoing to the following:

Debtor's Attorney
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301

Debtor
Tamitha Deneice Holloway
4515 Maplewood Avenue
Apartment 144
Wichita Falls, TX 76308

Trustee
Walter OCheskey
6308 Iola Avenue
Lubbock, TX 79424

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

/s/ Sidney H. Scheinberg
Sidney H. Scheinberg

Motion to For Rehearing and to Set Aside
Wells Fargo Bank, N.A., Wells Fargo Auto Finance v. Tamitha Deneice Holloway