

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 20, 2010

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TAMITHA DENEICE HOLLOWAY, | § | CASE NO. 09-70466 |
| | § | |
| Debtor. | § | |

### AGREED ORDER SETTING VALUE AND SETTING ASIDE CONFIRMATION ORDER

BEFORE ME came to be considered the Motion for Rehearing and to Set Aside Confirmation Order of secured creditor Wells Fargo Bank, N.A., Wells Fargo Auto Finance as it pertains to a certain 2006 Ford Explorer, VIN 1FMEU62E86UA55525, and announced to the Court that an agreement had been reached and the Court finds that the following should be approved.

IT IS ORDERED, ADJUDGED AND AGREED that the value of the above described

vehicle shall be set at $11,200.00.  The interest is to be repaid at the rate of 9%.  The previous Order on Confirmation is set aside and the value will be allowed as agreed above.

IT IS FURTHER ORDERED, ADJUDGED AND AGREED that the title to said vehicle will only be provided to Debtor when the entire Plan is completed and the Debtor is discharged.

### END OF ORDER ###

APPROVED AS TO FORM AND SUBSTANCE:

GLAST, PHILLIPS & MURRAY, P.C.


By/s/ Sidney H. Scheinberg
SIDNEY H. SCHEINBERG
2200 One Galleria Tower
13355 Noel Rd., LB 48
Dallas, Texas 75240
(972)419-7177; Fax (972)419-8329
ATTORNEYS FOR MOVANT
WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE



By/s/ Monte J. White
MONTE J. WHITE
1106 Brook Avenue
Wichita Falls, TX 76301
(940)723-0099; Fax (940)723-0096
ATTORNEY FOR DEBTORS

# GLAST, PHILLIPS & MURRAY

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

SIDNEY H. SCHEINBERG
(972) 419-7177
sid@gpm-law.com

2200 ONE GALLERIA TOWER
13355 NOEL ROAD, L.B. 48
DALLAS, TEXAS 75240-6657

(972) 419-8300
TELECOPIER (972) 419-8329

SAN ANTONIO
(210) 244-4100

HOUSTON
(713) 237-3111

January 19, 2010

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301

Re: Case No. 09-70466 / Tamitha Deneice Holloway
Wells Fargo Bank, N.A., Wells Fargo Auto Finance's Objection to Confirmation

Dear Monte J. White:

This letter is to confirm our agreement regarding the value of a certain 2006 Ford Explorer 1FMEU62E86UA55525, in the above referenced bankruptcy.

It is agreed that the value of the above described vehicle shall be set at $11,200.00. The interest is to be repaid at the rate of 9%.

Please sign below to indicate your acceptance and to confirm that you will amend your Chapter 13 bankruptcy Plan in this case to reflect this value and interest rate.

Respectfully,

By /s/ Sidney H. Scheinberg
SIDNEY H. SCHEINBERG
Sidney H. Scheinberg, Esq.
State Bar No. 17736620
GLAST, PHILLIPS & MURRAY, P.C.
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, Texas 75240-1518
Attorney for Wells Fargo Bank, N.A., Wells
Fargo Auto Finance

APPROVED AS TO FORM AND SUBSTANCE:

By _____
ATTORNEY FOR DEBTORS
Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301

CC: Walter O'Cheskey
Northern District of Texas, Wichita Falls division

Agreed Order Setting Value - Page 3